# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ARCHER DANIELS MIDLAND CORP.         •
                                     •
         Plaintiff(s)          •        Civil Action No. S 97-2358
     vs.                            •
                                     •                              APR __ ___
IGENE BIOTECHNOLOGY, INC.            •
                                     •
         Defendant(s)          •

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __JOEL MARC ABRAMSON__ Esquire

a member of the Bar of this court, moves the admission of __LAWRENCE ROSENTHAL__ Esquire to

appear pro hac vice in the captioned proceeding as counsel for __IGENE BIOTECHNOLOGY, INC.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __New York__

and/or the following United States Court(s): __Court of Appeals for the Federal Circuit__

and Second Circuit; District Court for the Southern and Eastern Districts of New York.

   2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court __0__ time(s).

   3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: __none__

EFFECTIVE 7/1/55 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK U.S DISTRICT COURT

Revised 6/95

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

Joel Marc Abramson                                Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

Signature    Joel Marc Abramson

9175 Guilford Road, Suite 301

Address

Columbia, Maryland 21046

(410) 730-7733

Office phone number

(410) 792-4694

Fax number

Federal Bar No. 03331

Md. U.S. District Court Number

PROPOSED ADMITTEE:

Signature    Lawrence Rosenthal

180 Maiden Lane

Address

New York, New York 10038-4982

(212) 806-5400

Office phone number

(212) 806-6006

Fax number

## ORDER

Motion _____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

5/1/01

Dated

Judge, U.S. District Court