# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ARCHER DANIELS MIDLAND CORP.

      Plaintiff(s)

vs.

IGENE BIOTECHNOLOGY, INC.

      Defendant(s)

Civil Action No.: S97-2358

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __JOEL MARC ABRAMSON__ Esquire a member of the Bar of this court, moves the admission of __BYRON V. OLSEN__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __IGENE BIOTECHNOLOGY, INC.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __New York__

and/or the following United States Court(s): __Northern District of New York__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __none__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S DISTRICT COURT

Revised 6/93

5/3/01

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or Joel Marc Abramson Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| Signature Joel Marc Abramson | Signature Byron V. Olsen |
| 9175 Guilford Road, Suite 301 | 180 Maiden Lane |
| Address | Address |
| Columbia, Maryland 21046 | New York, New York 10038-4982 |
| (410) 730-7733 | (212) 806-5400 |
| Office phone number | Office phone number |
| (410) 792-4694 | (212) 806-6006 |
| Fax number | Fax number |
| Federal Bar No. 03331 | |
| Md U.S. District Court Number: | |

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_5/1/01_  
Dated

_____  
Judge, U.S. District Court