UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                Reply to Northern Division Address

March 27, 2003

Joel M. Abramson, Esquire
9175 Guilford Road, Suite 301
Columbia, Maryland 21046

　　　　　　　　　　　　Re:   Archer-Daniels v. Igene Biotechnology
　　　　　　　　　　　　　　　 WDQ 97-2358

Dear Counsel/Parties:

　　　This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers**. Any papers which fail to carry the correct case number may be returned to the sender.

　　　All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

　　　　　　　REASSIGNED TO JUDGE:   William D. Quarles, Jr.
　　　　　　　COURTROOM DEPUTY:      Vinnie Butler
　　　　　　　DOCKETING CLERK:       M. M. Starr

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Felicia C. Cannon, Clerk

　　　　　　　　　　　　　　　　By: __/s/_____
　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:   Judges Smalkin and Quarles
　　　Courtroom Deputy Clerks
　　　File
　　　Civil Report

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov