# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

May 22, 2003

ALL PARTIES OF RECORD
    and
Nicholas P. Ambulos, Jr., Ph D.

    RE: ARCHER-DANIELS
        vs.
    IGENE BIOTECHNOLOGY
        Civil Docket No. WDQ- 97-2358

Dear Sir or Madam:

    You were informed earlier, in a letter dated March 28, 2003, that this case was re-assigned from Judge Frederic N. Smalkin to Judge William D. Quarles.
    In reviewing the docket in the above entitled case, it appears that no activity has taken place since Judge Smalkin's letter of October 15, 2002, therefore, please submit a **Status Report** to the Chambers of the Honorable William D. Quarles, 101 W. Lombard Street, Chambers 3-A, Baltimore, Maryland 21201, before June 9, 2003, with cc: to clerk's office.

                                      Sincerely,

                                      FELICIA C. CANNON, CLERK

                    By: _R. Lawson_
                                    Deputy Clerk
                                    R. Lawson

U.S. District Court (Rev. 12/1999) - Status Report Letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov