IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY<br><br>Plaintiff,<br><br>v.<br><br>IGENE BIOTECHNOLOGY, INC.<br><br>Defendant. | Civil Case No. S97-2358 |

## *STATUS REPORT*

In response to this Court's Order dated May 22, 2003 the Plaintiff Archer-Daniels-Midland Company (ADM) provides the following information.

This case involves a patented yeast which is used as a feed additive for fish. The additive is used by salmon farmers so that the flesh of the farm raised salmon has the same color as wild salmon.

In 1997 ADM received unsolicited information from an Igene Biotechnology, Inc. (Igene) employee suggesting that Igene was using ADM's patented yeast.

In response to this information, ADM contacted Igene and suggested that Igene provide evidence of non-infringement. Igene failed to respond and ADM filed the present lawsuit. Igene apparently attempted to preempt the ADM lawsuit by filing a lawsuit for trade secret misappropriation alleging that the unsolicited information ADM received was confidential. The trade secret case was dismissed in favor of the counterclaims in the present action.

On January 16, 1998, this Court issued a stay pending the outcome of a study to be performed by a court appointed expert. To date, no expert report has been submitted.

Dated: 6-9-03

Jorge A. Goldstein
David K.S. Cornwell (Bar No. 09568)
Steven R. Ludwig
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005-2540
(202) 371-2600
(202) 371-2540 (facsimile)

Aubrey M. Daniel, III (Bar No. 01000)
William R. Murray, Jr.
Laurie S. Fulton
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (facsimile)

By: /s/ David K.S. Cornwell
David K.S. Cornwell

Attorneys for Plaintiff
ARCHER-DANIELS-MIDLAND COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2003, copies of the Status Report were served by first class mail upon:

> Ralph L. Lotkin, Esq.
> Capitol Hill West Building
> 201 Massachusetts Avenue, N.E.
> Suite C-1
> Washington, D.C. 20002

*[signature]*
David K.S. Cornwell

SKGF_DC1:142886.1