# United States District Court
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**WILLIAM D. QUARLES, JR.**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 FAX
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

July 8, 2003

TO COUNSEL OF RECORD:

    Re: Archer-Daniels v. Igene Biotechnology  Civ. No. WDQ-97-2358

Dear Counsel:

    At the July 3, 2003 conference, I set the following trial schedule. The court-appointed experts will produce their materials, including bench notes, to counsel by July 31, 2003. Expert witnesses will be designated by the Plaintiff by November 15, 2003 and by the Defendant by December 15, 2003.

    The discovery and motions deadline is February 16, 2004. Pretrial statements, voir dire, and proposed jury instructions must be received by chambers by May 24, 2004. A pretrial conference will be held on June 7, 2004 at 10:00 a.m. in the Garmatz Courthouse, Courtroom 3A. The trial will begin on July 6, 2004 at 9:30 a.m. at the same location.

    Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

                            Very truly yours,

                            William D. Quarles, Jr.
                            United States District Judge