# United States District Court
### DISTRICT OF MARYLAND



CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

July 10, 2003

Frank P. Simione, V.P.
Management and Compliance Services
ATCC
10801 University Boulevard
Manassas, VA 20110-2209

Re: <u>Archer-Daniels v. Igene Biotechnology  Civ. No. WDQ-97-2358</u>

Dear Mr. Simione:

    This letter confirms that at the July 3, 2003 conference in the above entitled case, I ordered that everything in ATCC's possession regarding that case be supplied to both parties. Anything sent to one party should be courtesy copied to the other party. A courtesy copy of any cover letter or other correspondence accompanying a disclosure, but not the disclosure itself, should be sent to the Court as well. The parties should be charged for the time, materials, and postage involved in providing this information.

    The Clerk is directed to docket this letter.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc: COUNSEL OF RECORD