Law Offices of
# RALPH L. LOTKIN

Capitol Hill West Building
201 Massachusetts Avenue, N.E.
Suite C-1
Washington, D.C. 20002
Phone (202) 547-9225
Fax (202) 547-9228
E-mail: LotkinLaw@aol.com

July 18, 2003

The Honorable William D. Quarles, Jr.
U.S. District Court for the District of Maryland
4415 U.S. Court House
101 W. Lombard Street
Baltimore, MD 21201

Re:   Archer-Daniels v. Igene Biotechnology Civ. No. WDQ-97-2358

Dear Judge Quarles:

We respectfully submit this correspondence to you in an effort to obtain clarification of recent Court action in the above referenced matter. To such end, the parties believe it appropriate to send this letter to the Court and not submit a formal filing given the nature of the communication.

In light of the Court's determination to dispense with further testing by Dr. Ambulos, *et al.*, and in view of the testing that had been proposed at the outset of this endeavor and the costs anticipated, it would now appear that a substantial amount of the money deposited with the Court may not have been used by the Court's appointed experts. Specifically, a number of the tests apparently were **not** completed or performed at all. Consequently, the parties respectfully request that the Court obtain from Dr. Ambulos and his colleagues a full accounting of their use of the monies deposited by the parties and, if available, a rebate of all unearned and unused sums to be divided equally by the parties.

Second, in moving this matter forward, the Court has issued directives to Drs. Chiafari and Simione to provide the parties with all of their records. In order to assure that all relevant materials will be obtained, the parties respectfully request the Court consider issuing a similar directive to the third expert involved, namely, Dr. Ambulos. In this way, the Court and the parties will have assurance that all records and materials produced by the three participants will be provided by no later than July 31, 2003, pursuant the Court's Order.

We appreciate the Court's desire to move this litigation forward and trust that the foregoing is consistent with that effort.

Respectfully submitted,

_____
Ralph L. Lotkin
Law Offices of Ralph L. Lotkin
201 Massachusetts Avenue, NE., Suite C-
Washington, D.C. 20002

Attorney for Igene Biotechnology, Inc.

_____
William R. Murray, Jr.
Williams & Connolly, LLP.
725 Twelfth Street, N.W.
Washington, D.C. 20005

Attorney for Archer-Daniels-Midland Co.