# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

July 23, 2003

TO COUNSEL OF RECORD

Re: Archer-Daniels v. Igene Biotechnology, Civ. No. WDQ-97-2358

Dear Counsel:

I write to correct a misstatement to your July 18, 2003 letter. I did not dispense with further testing. Rather, I gave you the choice whether to continue with an independent testing regime that would clearly have led to a contested result or have the case returned to the traditional litigation process with each side free to present its best evidence and arguments. Wisely, I think, you chose the latter course, but it was your choice.

Because testing has been discontinued, the Court will determine what, if any, funds remain in escrow; any remaining uncommitted funds will be returned to you.

The Clerk is directed to docket this letter.

Very truly yours,

William D. Quarles, Jr.
United States District Judge