# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

July 23, 2003

Leonard C. Redmond, III, Esquire
115 West Saratoga St..
Baltimore, MD 21201

Re: Archer-Daniels v. Igene Biotechnology, Civ. No. WDQ-97-2358

Dear Mr. Redmond

In response to your July 18, 2003 letter, you did not receive notice of the scheduling conference because your name did not appear on the docket as counsel of record. I have arranged for your name to be added by the Clerk. Enclosed, please find a copy of the scheduling order.

The Clerk is directed to docket this letter.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc      COUNSEL OF RECORD

encl:   (Copy of July 8, 2003 Scheduling
         Order to Mr. Redmond only)

# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 FAX
MDD_WDQChambers@mdd.uscourts.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JUL 23 AD 1:51

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

July 8, 2003

TO COUNSEL OF RECORD:

    Re: Archer-Daniels v. Igene Biotechnology, Civ. No. WDQ-97-2358

Dear Counsel:

    At the July 3, 2003 conference, I set the following trial schedule. The court-appointed experts will produce their materials, including bench notes, to counsel by July 31, 2003. Expert witnesses will be designated by the Plaintiff by November 15, 2003 and by the Defendant by December 15, 2003.

    The discovery and motions deadline is February 16, 2004. Pretrial statements, voir dire, and proposed jury instructions must be received by chambers by May 24, 2004. A pretrial conference will be held on June 7, 2004 at 10:00 a.m. in the Garmatz Courthouse, Courtroom 3A. The trial will begin on July 6, 2004 at 9:30 a.m. at the same location.

    Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

                            Very truly yours,

                            William D. Quarles, Jr.
                            United States District Judge

# LEONARD C. REDMOND, III, P.C.

ATTORNEYS AT LAW
115 WEST SARATOGA STREET
BALTIMORE, MD 21201
(410) 752-1555
Facsimile: (410) 752-1064
lcredmond@redmond-law.com

Leonard C. Redmond, III
Louise McB. Warmath

PRINCE GEORGE'S COUNTY OFFICE
14746 MAIN STREET
UPPER MARLBORO, MARYLAND 20772
(301) 952-1555

July 18, 2003

The Honorable William D. Quarles
United States District Court for the
 District of Maryland (Northern Division)
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

RE: *Archer Daniels Midland, Corporation v. Igene Biotechnology, Incorporated, et al*
In the United States District Court for the District of Maryland (Northern Division)
Civil Action No.: S97-2358
Our File No.:    2063-9693

Dear Judge Quarles:

Yesterday, I was advised by William R. Murray, Jr., one of the attorneys for Archer Daniels Midland, Corporation, that a Status Conference in the captioned case was held on July 3, 2003. I represent Ali Nikmehr, one of the Defendants, and although I have received copies of correspondence and pleadings, including a Status Report filed by Ralph L. Lotkin on June 4, 2003, I did not receive a notice of the Status Conference. Immediately after hearing from Mr. Murray, I contacted your chambers and left word with one of the clerks who, I gather, will likely arrange for me to be provided with a copy of the Scheduling Order you issued.

I am following up with this letter simply to provide the Court with an update as to my current address and request that all counsel provide me with any pleadings or papers that have been filed since Mr. Lotkin's Status Report.

Respectfully,

Leonard C. Redmond, III
U.S. District Court Bar No.: 713

LCR, III/sl
cc:   Ralph L. Lotkin, Esquire
      Steven R. Ludwig, Esquire
      William R. Murray, Jr., Esquire
      Joel Marc Abramson, Esquire
      Lawrence Rosenthal, Esquire
      Mr. Ali Nikmehr