# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

July 31, 2003

Mr. Francis A. Chiafari
Director of Molecular Technology
BRT Laboratories, Inc.
400 West Franklin St.
Baltimore, MD 21201

Re: <u>Archer-Daniels v. Igene Biotechnology, Civ. No. WDQ-97-2358</u>

Dear Mr. Chiafari

  This letter memorializes the conversation you had with my law clerk, Darragh Inman, on July 31, 2003. During that conversation, you requested the addresses of counsel so that you could make the Court ordered disclosures. Those addresses were e-mailed and faxed to you on that same day.

  The Clerk is directed to docket this letter.

              Very truly yours,

              William D. Quarles, Jr.
              United States District Judge

cc: COUNSEL OF RECORD