# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

July 31, 2003

Nicholas P. Ambulos, Jr., Ph.D.
Director, Biopolymer Core Facility
University of Maryland
655 West Baltimore St.
Baltimore, MD 21201

Frank P. Simione, V.P.
Management and Compliance Services
ATCC
10801 University Boulevard
Manassas, VA 20110-2209

Mr. Francis A. Chiafari
Director of Molecular Technology
BRT Laboratories, Inc.
400 West Franklin St.
Baltimore, MD 21201

Re: Archer-Daniels v. Igene Biotechnology, Civ. No. WDQ-97-2358

Dear Dr. Ambulos, Mr. Simione, and Mr. Chiafari

Your final bills for services rendered in the above entitled case are to be submitted to the Court by August 29, 2003.

The Clerk is directed to docket this letter

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc: COUNSEL OF RECORD