LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WILLIAM R. MURRAY, JR.
(202) 434-5180
FAX (202) 434-5184
bmurray@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

August 7, 2003

The Honorable William D. Quarles, Jr.
U.S. District Court for the District of Maryland
4415 U.S. Courthouse
101 Lombard Street
Baltimore, MD 21201

### Re:   ADM v. Igene, Civil No. WDQ-97-2358

Dear Judge Quarles

At the Status Conference on July 3, 2003, and by letter dated July 10, 2003, the Court directed the court-appointed experts to produce everything in their possession regarding this case to the parties by July 31, 2003. To date, the parties have received nothing from any of the experts. We therefore jointly request that the Court order the experts -- Drs. Chiafari, Simione and Ambulos -- to immediately provide a copy of all documents to counsel for ADM and Igene.

In the unlikely event that these documents have been provided to the Court, rather than the parties, please notify us so we can arrange to obtain copies.

Respectfully submitted

William R. Murray, Jr.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005
Counsel for
Archer-Daniels-Midland Co.

cc   David Cornwell, Esq.
     Leonard C. Redmond, Esq.