# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

**101 West Lombard Street**
**Baltimore, Maryland 21201**
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

August 12, 2003

Nicholas P. Ambulos, Jr., Ph.D.
Director, Biopolymer Core Facility
University of Maryland
655 West Baltimore St.
Baltimore, MD 21201


Frank P. Simione, V.P.
Management and Compliance Services
ATCC
10801 University Boulevard
Manassas, VA 20110-2209


Mr. Francis A. Chiafari
Director of Molecular Technology
BRT Laboratories, Inc.
400 West Franklin St.
Baltimore, MD 21201


Re: Archer-Daniels v. Igene Biotechnology, Civ. No. WDQ-97-2358


Dear Dr. Ambulos, Mr. Simione, and Mr. Chiafari:

    In my July 10, 2003 letter, I directed the Court appointed experts to supply to counsel all of the materials (including correspondence) relating to the above entitled case. Counsel's August 7, 2003 letter informed me that no information has been supplied. It is extremely important for counsel to receive this information if they are to comply with the scheduling order in this case. Your compliance with my direction will also quicken your receipt of your final fees.

In an effort to maintain the scheduling order, I urge you to immediately begin supplying the requested information to counsel. Please contact me if you need additional information.

The Clerk is directed to docket this letter.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc: COUNSEL OF RECORD