IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ARCHER DANIELS MIDLAND CORP

V.                                    CIVIL NO. WDQ 97-2358

IGENE BIOTECHNOLOGY, INC.

## ORDER

It is hereby ORDERED this 4th day of September, 2003, that the Clerk of Court shall disburse $16,906.00, from the funds being held in the Registry of the Court, for payment of the attached invoice from BRT Laboratories, Inc.

_____
William D. Quarles, Jr.
United States District Judge



# BRT LABORATORIES, INC.

400 WEST FRANKLIN ST. ■ BALTIMORE, MD 21201 ■ 410-225-9595 ■ FAX 410-383-0938

August 29, 2003

The Honorable Fredric N. Smalkin, Chief Judge
The United States District Court, District of Maryland
101 West Lombard Street
Baltimore, MD 21201

       RE: ADM v. IGENE Biotechnology, Inc.
          Civil No. S-97-2358

BILL OF SERVICE             Invoice #: DNA-RAPD-0403-1

Preliminary report for testing and analysis performed on seven tests as defined in RAPD Primers A through G and applied to seven yeast samples from ATCC.

| | | | |
|---|---|---|---:|
| | Oligonucleotides | $ | 1,500.00 |
| 2 | Reagents and Materials | | 2,000.00 |
| 3 | Technical Personnel Cost | | 2,419.00 |
| 4 | Equipment and Overhead | | 6,388.00 |
| 5 | 1/3 of Investigator Oversight and Analysis | | 1,104.00 |
| | Sub-Total previously billed 4/30/2003: | $ | ~~13,411.00~~ |
| 6 | Remaining 2/3 of Investigator Oversight and Analysis | | 2,208.00 |
| 7 | Expert Witness Appearance of Francis A. Chiafari, M.S U.S. District Court 7/03/2003 | | 1,200.00 |
| 8 | Copying: 87 pages x 4 @ $.25 | | 87.00 |
| | Total Balance Due: | $ | 16,906.00 |

THIS INVOICE IS DUE UPON RECEIPT. When remitting please refer to the above invoice number or include a copy of the invoice to insure prompt and proper credit to your account. Thank you.