


ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 12 2003

Archer-Daniels-Midland Company
    Plaintiff(s)

vs.                                         *        Case No.: 97-cv-02358-WDQ

Igene Biotechnology, Inc.
    Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Joel Marc Abramson  am a member in good standing of the bar of this Court. My bar number is 03331  am moving the admission of Lawrence M. Sung  to appear *pro hac vice* in this case as counsel for Defendant, Igene Biotechnology, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District of Columbia | 1994 |
| Oregon | 2001 |
| Pennsylvania | 1993 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.    Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.    **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.

submitted,

MOVANT

Signature

Joel Marc Abramson

Law Offices of Joel Marc Abramson
Firm

9175 Guildford Rd., Ste. 301, Columbia MD 21046
Address

410.730.7733

410.792.4694
Fax Number

PROPOSED ADMITTEE

Signature

Lawrence M. Sung

Preston Gates Ellis & Rouvelas Meeds LLP
Firm

1735 New York Avenue, NW, Suite 500, Washington DC 20006
Address

202.628.1700

202.331.1024
Fax Number

*********************************************************************

### ORDER

☑ GRANTED      ☐ DENIED

9-15-03
Date

Felicia C. Cannon
Clerk, United States District Court
by: [signature]

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* was caused to be served on counsel for Plaintiff at the addresses listed below, via facsimile and first class U.S. mail, postage prepaid, on this 9th day of September, 2003:

Aubrey M. Daniel, III
Laurie S. Fulton
William R. Murry, Jr.
Williams and Connolly LLP
725 12th Street NW
Washington DC  20005
Facsimile: 202-434-5029

David K.S. Cornwell
Jorge A. Goldstein
Sterne Kessler Goldstein & Fox
1100 New York Avenue, NW
Suite 600
Washington DC  20005
Facsimile: 202-371-2540

Joel Marc Abramson
Law Offices of Joel Marc Abramson
9175 Guilford Road, Suite 301
Columbia, MD  21046
Bar No.: 03331