UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                    Reply to Northern Division Address

November 21, 2003

Leonard C. Redmond, III
115 W. Saratoga Street
Baltimore, Maryland 21201

Re:   Case No. WDQ-97-2358

Dear Counsel/Party

The Clerk received your Amended Response to Igene's Request for Admissions on 11/20/03 however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
☐ Member of Bar of this Court has not signed pleading.
☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery motions, responses and replies to motions must be filed with original and two copies.
☐ Depositions not to be filed unless in support of a motion.
☒ Discovery material received.
☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
☐ Certificate of Service not affixed to pleading.
☐ Certificate of Service not dated.
☐ Certificate of Service not signed.
☐ Attachments or exhibits missing.
☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
☐ Pleading does not contain original signature(s).
☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
☐ Incorrect caption or civil action number. Unable to match with case.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Pleading or paper must be filed electronically.
☐ Other. _____

Very truly yours,

*[signature]*

Judge William D. Quarles, Jr.
United States District Judge

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Return pleading letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MARYLAND

ARCHER-DANIELS-MIDLAND  *
COMPANY,                *
           Plaintiff,   * CIVIL ACTION NO. WDQ-97-2358
v.                      *
                        *
IGENE BIOTECHNOLOGY, INC., *
           Defendant.   *

* * * * * * * * * * * *

### AMENDED RESPONSE TO IGENE'S REQUEST FOR ADMISSIONS

Ali Nikmehr, through undersigned counsel, submits this Amendment to his Response to IGENE's Request for Admissions:

1   Ali Nikmehr denies the Statement contained in Paragraph Sixteen.

**Leonard C. Redmond, III**
115 W. Saratoga Street
Baltimore, Maryland 21201
(410) 752-1555
**Attorney for Defendant,
Ali Nikmehr**

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2003, a copy of the foregoing *Amended Response to IGENE's Request for Admissions* was transmitted by facsimile to:

**Ralph L. Lotkin, Esquire**
Law Offices of Ralph L. Lotkin
Capitol Hill West Building
201 Massachusetts Avenue, N.E., Suite C-1
Washington, D.C. 20002

and forwarded by first class mail, postage prepaid, to:

**Joel Marc Abramson, Esquire**
Law Office of Joel Marc Abramson
9175 Guilford Road, Suite 301
Columbia, Maryland 21046
**Lawrence M. Sung, Esquire**
Preston, Gates, Ellis &
 Rouvelas & Meeds, LLP
1735 New York Avenue, N.W., Suite 500
Washington, D.C. 20006

**William R. Murray, Jr., Esquire,**
 **Aubrey M. Daniel, Esquire and**
 **Laurie S. Fulton, Esquire**
Williams & Connolly
725 12th Street, N.W.
Washington, D.C. 20005

Jorge A. Goldstein, Esquire,
 David K.S. Cornwell, Esquire
 and Steven R. Ludwig, Esquire
Sterne, Kessler, Goldstein & Fox
1100 New York Avenue, N.W., Suite 600
Washington, D.C. 20005

_____
Leonard C. Redmond, III