IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ARCHER-DANIELS-MIDLAND CO.    )
                              )
                              )    Civil No. WDQ 97-2358
    v.                        )
                              )
IGENE BIOTECHNOLOGY, INC.     )
                              )

## STIPULATION OF DISMISSAL

All claims between IGENE Biotechnology, Inc. and Ali Nikmehr in the above-captioned action are dismissed WITHOUT PREJUDICE; each party to bear its own costs and attorneys' fees.

Respectfully submitted,

_____
Ralph L. Lotkin, Esq.
Capitol Hill West Building
201 Massachusetts Avenue, N.E.
Suite C-1
Washington, D.C. 20002
(202) 547-9225

*Attorney for Igene Biotechnology, Inc.*

and

_____
Leonard C. Redmond, III
115 W. Saratoga Street
Baltimore, MD 21201
(410) 752-1555

*Attorney for Defendant,
Ali Nikmehr*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2004, a copy of the foregoing Stipulation of Dismissal was filed electronically with the Court, and that copies were mailed, first class, postage prepaid to:

William R. Murray, Jr., Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005

Jorge A. Goldstein, Esq.
David K.S. Cornwell, Esq.
Steven R. Ludwig, Esq.
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005

*Attorneys for Archer-Daniels-Midland Co.*

_____
Ralph L. Lotkin